# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| MOLLY MARIE SKINNER, | ) |
|          Plaintiff, | ) |
| v. | ) Case No. 5:22-06051-CV-RK |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION; | ) |
|          Defendant. | ) |

## ORDER

Before the Court is Defendant's motion to reverse and remand. (Doc. 11.) After review of the motion and careful consideration, the decision of the ALJ is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the relief sought by Defendant under § 405(g).

**IT IS SO ORDERED**.

                                               s/ Roseann A. Ketchmark
                                               ROSEANN A. KETCHMARK, JUDGE
                                               UNITED STATES DISTRICT COURT

DATED: November 7, 2022